IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE YOUNGER | : | CIVIL ACTION |
| Petitioner, | : | NO. 08-3719 |
| v. | : | |
| MARILYN BROOKS, et. al., | : | |
| Respondents. | : | |

**<u>ORDER</u>**

AND NOW, this 2nd day of December, 2008, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to the Petition for Writ of Habeas Corpus (Document No. 8), the Report and Recommendation Filed by United States Magistrate Judge Lynne A. Sitarski (Document No. 10) and the Petitioner's Objection Rebuttal (Document No. 11), and after a thorough and independent review of the record, it is ORDERED that:

1. The Petitioner's objections are OVERRULED;

2. The Report and Recommendation of Magistrate Judge Sitarski is APPROVED and ADOPTED;

3. The Petition for Writ of Habeas Corpus is DENIED; and,

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.